UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BERKSHIRE LIFE INSURANCE                 CIVIL ACTION
COMPANY OF AMERICA,

        Plaintiff,
                                         NO. 2:06-cv-00928
v.

NATHAN S. COLUSCI,

        Defendant.

### ORDER OF COURT

AND NOW, this _7th_ day of _Nov_____, 2006, it is

hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion

for Voluntary Dismissal is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE